IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATASHA MOORE, )<br>)<br>Petitioner/Defendant, )<br>)<br>vs. )<br>)<br>UNITED STATES of AMERICA , )<br>)<br>Respondent/Plaintiff. ) | CIVIL NO. 06-cv-492-DRH<br><br>CRIMINAL NO. 04-cr-30053 |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

　　This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On April 18, 2005, Petitioner entered a plea of guilty without a written plea agreement to conspiring to commit mail fraud, in violation of 18 U.S.C. § 1341 and 1349. On July 22, 2005, Petitioner was sentenced to 33 months imprisonment, three years supervised release, and was ordered to pay restitution in the amount of $132,425.14, and a special assessment of $100.00. Petitioner filed a notice of appeal on August 11, 2005. After hearing oral argument, the Court of Appeals for the Seventh Circuit affirmed the conviction and sentence. *See United States v. Moore*, Nos. 05-3281 and 05-3401, 2006 WL 906435 (7th Cir. April 5, 2006). On June 22, 2006, Petitioner filed the instant motion under § 2255. Plaintiff seeks leave to proceed *in forma pauperis* in the action (Doc. 2). That motion is **GRANTED**.

　　In her motion, the Petitioner raises one ground for relief, specifically, that she was denied the Fifth Amendment guarantee of due process when the District Court, in fashioning her sentence, did not take into consideration that Petitioner was pregnant and would be delivering a child during her

incarceration.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED:** October 11, 2006.

/s/   David   RHerndon<br>**DISTRICT JUDGE**