# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NATASHA MOORE,**

      **Petitioner,**

      **vs-**                               **No.  06-CV-492  DRH**
                                                 **Criminal No. 04-30053-02 DRH**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court for a ruling on the petitioner's

motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

      **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is

**DISMISSED with prejudice**.

                                          **NORBERT G. JAWORSKI, CLERK**

July 5, 2007                              BY:  s/Patricia Brown
                                             Deputy Clerk

APPROVED: /s/  David  RHerndon
                  **U.S. DISTRICT JUDGE**